POLO TOWERS MASTER OWNERS ASSOCIATION, INC., Plaintiff— Appellant,

v.

FACTORY MUTUAL INSURANCE COMPANY, Defendant— Appellee.

No. 04–16623.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 14, 2006.

Filed June 19, 2006.

Michael W. Caspino, Esq., Brady, Vorwerck, Ryder & Cappino, Las Vegas, NV, for Plaintiff–Appellant.

Jack C. Cherry, Esq., Alverson Taylor Mortensen Nelson & Sanders, Las Vegas,

---

** The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

NV, Joyce C. Wang, Carlson Calladine & Peterson, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER, Chief Judge, GRABER, Circuit Judge, and DUFFY,* District Judge.

### MEMORANDUM **

Plaintiff Polo Towers Master Owners Association, Inc., appeals from a summary judgment granted in favor of Defendant Factory Mutual Insurance Company. On de novo review, *Padfield v. AIG Life Ins. Co.*, 290 F.3d 1121, 1124 (9th Cir.2002), we hold that Plaintiff's loss is excluded from coverage under the "contamination" provision of the insurance policy. That provision is not ambiguous, *see United Nat'l Ins. Co. v. Frontier Ins. Co.*, 120 Nev. 678, 99 P.3d 1153, 1157 (2004) (holding that the courts may not rewrite unambiguous insurance contract provisions), and it includes the high level of *legionella* bacteria in the water. The loss did not result directly from "covered" physical damage because the "faulty workmanship" exclusion applies.

AFFIRMED.

---

* The Honorable Kevin Thomas Duffy, Senior Judge, United States District Court for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.